Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for MARCIANO SANCHEZ

### IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:08 cr 00230 AWI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING** |
| | ) | |
| vs. | ) | |
| | ) | |
| MARCIANO SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

 IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY SANCHEZ, Assistant United States Attorney for Plaintiff and PATIENCE MILROD, attorney for defendant:

 1. To continue the hearing date on motions currently set for November 17, 2008 to a new date of November 24, 2008.

 2. To exclude time until November 24, 2008 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and

filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

IT IS SO STIPULATED.

Dated:  November 3, 2008                    /s/ Patience Milrod
                                                          PATIENCE MILROD
                                                          Attorney for defendant
                                                          MARCIANO SANCHEZ

Dated:  November 3, 2008                    /s/ Kimberly Sanchez

                                                          KIMBERLY SANCHEZ
                                                          Assistant U.S. Attorney

## ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that that the hearing presently set for November 17, 2008, at 9:00 a.m., be continued to November 24, 2008 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   November 3, 2008**                    **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE