Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for MARCIANO SANCHEZ

### IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-F-08-CR-230-AWI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE MOTIONS** |
| vs. | ) | **SCHEDULE** |
| | ) | |
| MARCIANO SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY SANCHEZ, Assistant United States Attorney for Plaintiff and PATIENCE MILROD attorney for the defendant:

1. To continue the due date for defense motions, currently scheduled for January 5, 2009, to a new date of January 19, 2009;

2. To continue the due date for the government's response to motions currently scheduled for January 20, 2009, to a new date of March 10, 2009;

3. To continue the due date for defendants' reply briefing from January 23, 2009 to March 13, 2009;

4. To continue the hearing date on motions currently set for January 26, 2009, to a new date of March 16, 2009.

5. To exclude time until March 16, 2009 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

6. To allow the government sufficient time to respond due to the fact that Kimberly Sanchez, Assistant United States Attorney for Plaintiff will be going on leave starting on February 2, 2009.

IT IS SO STIPULATED.


Dated:  January 5, 2009         /s/ Patience Milrod
                                PATIENCE MILROD
                                Attorney for defendant
                                ADALBERTO CHAVEZ

Dated: January 5, 2009          /s/ Kimberly Sanchez
                                KIMBERLY SANCHEZ
                                Assistant U.S. Attorney


//
//
//
//

ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that that the hearing presently set for January 26, 2009, at 9:00 a.m., be continued to March 16, 2009 at 9:00 a.m.  Defense motions shall be filed no later than January 19, 2009, the government's response no later than March 10, 2009, and the defendant's reply briefing no later than March 13, 2009.  The January 26, 2009 hearing date and previously-set motions schedule is hereby vacated.

IT IS SO ORDERED.

**Dated:   January 5, 2009**          /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE